Argued June 28; reversed July 12; rehearing denied
September 14, 1932

## SOLOMON *v.* GLICKMAN
### (12 P. (2d) 1018)

*Samuel B. Weinstein,* of Portland, for appellant.

*Leo Levenson* and *Gus J. Solomon,* both of Portland
(Nicholas Jaureguy, of Portland, on the brief), for
respondent.

BELT, J. This action is based on a promissory
note. The defendant answered alleging among other
things a counterclaim for rentals. The court sustained
a plea of res adjudicata to such counterclaim and judg-
ment was had in favor of plaintiff on the note. The
correctness of the ruling of the court depends upon
whether the judgment offered in evidence to support
the plea of res adjudicata is void or voidable. Having
this day held in *Glickman v. Solomon* that the judg-
ment therein was merely voidable and, therefore, not
subject to collateral attack, it follows that the judgment
in the instant case is affirmed.

BEAN, C. J., BROWN and CAMPBELL, JJ., concur.